UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SANDRA RUSSELL,<br><br>               Plaintiff,<br><br>   v.<br><br>T-MOBILE USA, INC.,<br><br>               Defendant. | CASE NO. 2:24-cv-255<br><br>ORDER GRANTING JOINT STIPULATED MOTION TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT |

THIS MATTER comes before the Court on the Joint Motion to Extend the Deadline to Respond to Plaintiff's Complaint filed by Plaintiff Sandra Russell and Defendant T-Mobile USA, Inc. ("Defendant"). After considering the Joint Stipulated Motion, it is hereby ORDERED that the Motion is GRANTED. The deadline for Defendant to answer or otherwise respond to Plaintiff's Complaint is extended to April 12, 2024.

IT IS SO ORDERED.

//

//

1   The clerk is ordered to provide copies of this order to all counsel.

2   Dated March 14, 2024.

*[signature: Marsha J. Pechman]*

Marsha J. Pechman
United States Senior District Judge

ORDER GRANTING JOINT STIPULATED MOTION TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT - 2

*Presented by:*

| | |
|---|---|
| Van Siclen, Stocks & Firkins<br>Attorney for Plaintiff | Davis Wright Tremaine LLP<br>Attorneys for Defendant |

By *s/ Jeffrey O. Musto*
   Jeffrey O. Musto, WSBA #52805
   721 45th Street Northeast
   Auburn, WA  98002
   P: (253) 859-8899
   Email:  jmusto@vansiclen.com

By *s/ Portia Moore*
By *s/ Giancarlo Urey*
By *s/ Katie Loberstein*
   Portia Moore, WSBA #13354
   Giancarlo Urey, WSBA #57898
   Katie Loberstein, WSBA #51091
   920 Fifth Avenue, Suite 3300
   Seattle, WA  98104-1610
   P: (206) 622-3150
   F: (206) 757-7700
   Email: portiamoore@dwt.com
         giancarlourey@dwt.com
         katieloberstein@dwt.com

ORDER GRANTING JOINT STIPULATED MOTION TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT - 3