UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SANDRA RUSSELL,<br><br>               Plaintiff,<br><br>    v.<br><br>T-MOBILE USA, INC.,<br><br>               Defendant. | CASE NO. 2:24-cv-00255-MJP<br><br>ORDER DENYING MOTION TO EXTEND CASE DEADLINES |

This matter comes before the Court on the Parties' Stipulated Motion to Extend Case Deadlines. (Dkt. No. 20.) The Motion is DENIED. Defense counsel's failure to manage internal work schedules is not good cause for a continuance in this case.

The clerk is ordered to provide copies of this order to all counsel.

Dated November 4, 2024.

*[signature]*

Marsha J. Pechman
United States Senior District Judge