1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10    SANDRA RUSSELL,

11                        Plaintiff,

12          v.

13    T-MOBILE USA, INC.,

14                        Defendant.

CASE NO. 2:24-cv-00255-MJP

ORDER RESCHEDULING TRIAL
DATE

15

16          The Court issues this Order further to its Order Granting In Part the Parties' Joint Motion

17    for Extension (Dkt. No. 25.) In that Order, the Court found good cause to continue the trial date

18    due to the birth of Plaintiff's counsel, but required additional information regarding Plaintiff's

19    counsel's planned parental leave. (Id.) Plaintiff has since informed the Court that their counsel's

20    parental leave is anticipated to last "from approximately June 26, 2025 through August 8, 2025;

21    and again from October 20, 2025 through December 1, 2025." (Dkt. No. 28 at 1.) The Court

22    hereby RESETS the trial date to September 2, 2025, at 9:00 AM. All other dates remain as set.

23          The clerk is ordered to provide copies of this order to all counsel.

24

ORDER RESCHEDULING TRIAL DATE - 1

Dated January 24, 2025.

Marsha J. Pechman
United States Senior District Judge

ORDER RESCHEDULING TRIAL DATE - 2