UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SANDRA RUSSELL,<br><br>    Plaintiff,<br><br>  v.<br><br>T-MOBILE USA, INC.,<br><br>    Defendant. | CASE NO. 2:24-cv-00255-MJP<br><br>ORDER ON LCR 37 JOINT SUBMISSION |

This matter comes before the Court on the Parties' Joint Submission of Discovery Dispute. (Dkt. No. 56.) The joint statement was submitted to the Court under Local Rule 37(a)(2) and pertains to the Court's March 21, 2025, Order on Discovery Motions (the "Order" (Dkt. No. 52.)) In the Order, the Court instructed Defendant to produce a corporate designee to appear for a Rule 30(b)(6) deposition "within 10 days." (Id. at 6.) The Parties now state that they were unable to find a mutually agreeable date on which to conduct the Rule 30(b)(6) deposition by March 31, 2025, i.e., within the 10-day window set by the Order. (See Joint Submission at 2, 4.) The Parties seek leave to schedule and conduct the corporate deposition outside of the 10-day limitation.

The Submission is GRANTED. Within 7 days of this Order, the Parties are ORDERED to meet and confer regarding their availability to schedule and conduct the previously-ordered 30(b)(6) deposition of Defendant's corporate witness. The deposition shall be scheduled no later than 30 days from the date of this Order.

The clerk is ordered to provide copies of this order to all counsel.

Dated May 2, 2025.

Marsha J. Pechman
United States Senior District Judge