UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SANDRA RUSSELL, | CASE NO. 2:24-cv-00255-MJP |
| Plaintiff, | ORDER FOR RESPONSE |
| v. | |
| T-MOBILE USA, INC., | |
| Defendant. | |

This matter comes before the Court on Plaintiff's Motion for Reconsideration (Dkt. No. 83), which seeks reconsideration of part of the Court's Order on Summary Judgment (Dkt. No. 71). The Court requests a response from Defendant as to the arguments raised in Plaintiff's motion for reconsideration. See LCR 7(h)(3). In its response, Defendant should specifically address the following points:

1. Whether the ADA or WLAD distinguishes between formal and informal accommodations, and if so, how;

2.  How could Defendant represent that it "reasonably accommodated Plaintiff['s disability]," by "allow[ing] to work from home whenever she felt she needed to," (see Dkt. No. 39 at 19–20), when Ms. Lamb has since testified that Plaintiff's request to work from home was denied, (see Dkt. No. 84-1 at 16–17).

Defendant's response shall be no more than 2,100 words in length, and shall be filed on or before July 2, 2025. Plaintiff will not file a reply brief unless otherwise requested by the Court.

The clerk is ordered to re-note Plaintiff's Motion for Reconsideration July 2, 2025, and to provide copies of this order to all counsel.

Dated June 25, 2025.

Marsha J. Pechman
United States Senior District Judge

ORDER FOR RESPONSE - 2