The Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SANDRA RUSSELL, individually,<br><br>    Plaintiff,<br><br>    v.<br><br>T-MOBILE USA, INC., a Foreign Profit Corporation,<br><br>    Defendant. | No. 2:24-CV-00255-MJP<br><br>**[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF AUGUST 11, 2025, DEADLINES**<br><br>Noting Date: August 11, 2025 |

THIS MATTER came before the Court on the parties' Joint Stipulated Motion for Extension of August 11, 2025, Deadlines. After considering the Motion, it is hereby ORDERED that the Motion is GRANTED.

The deadline for the Parties to file their revised Proposed Voir Dire Questions, Trial Briefs, Proposed Jury Instructions, and Proposed Joint Pretrial Order is extended to August 13, 2025, at 12:00 p.m. (Pacific Time).

IT IS SO ORDERED.

//

//

//

//

[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF AUGUST 11, 2025, DEADLINES
(Case No. 2:24-cv-00255-MJP)
Page 1 of 2
4875-2018-6362v.1 0102559-000732

VAN SICLEN, STOCKS & FIRKINS
A Professional Services Corporation
721 45th Street Northeast
Auburn, Washington 98002
(253) 859-8899

Dated this 11th day of August 2025.

*[signature]*

The Honorable Marsha J. Pechman
United States Senior District Judge

[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF AUGUST 11, 2025, DEADLINES
(Case No. 2:24-cv-00255-MJP)
Page 2 of 2
4875-2018-6362v.1 0102559-000732

VAN SICLEN, STOCKS & FIRKINS
A Professional Services Corporation
721 45th Street Northeast
Auburn, Washington 98002
(253) 859-8899